CLARKSON LAW FIRM, P.C.
22525 Pacific Coast Highway
Malibu, CA 90265

JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOCHA GUNARATNA, Individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COUNTRY LIFE, LLC,<br><br>Defendant. | Case No. 2:21-cv-02877-GW (PLAx)<br><br>[~~Proposed~~] Order Granting Joint Stipulation of Dismissal of Action with Prejudice as to Plaintiff and without Prejudice as to the Putative Class<br><br>[30] |

Order  Case No. 2:21-cv-02877-cv-GW (PLAx)

Based upon the Parties' Joint Stipulation of Dismissal, and good cause, it is hereby ordered that this action is dismissed with prejudice as to the named Plaintiff, and without prejudice as to the Putative Class.

**IT IS SO ORDERED.**

Dated: July 13, 2021

*George H. Wu*
Honorable George H. Wu
United States District Judge